UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Dion Quinn

Plaintiff(s)

vs.

LL D J. A STI , III S C TA ,
.S. D PA TM T D S

Defendant(s)

CASE NO. 2:23-cv-00665-JLR

APPLICATION FOR COURT-APPOINTED COUNSEL IN TITLE VII ACTION

Noted for Determination on

_______________________
(Insert date of 3rd Friday after filing)

**MOTION**

Plaintiff respectfully requests that the Court appoint counsel to represent him/her pursuant of 42 U.S.C. §2000e-5(f)(1). This is an action alleging employment discrimination and seeking relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq.

**FINANCIAL AFFIDAVIT**

Has this Court previously granted you leave to proceed in forma pauperis? __o__. If such was granted in a different case in this Court, please supply the case number. ____________________. (Please complete in full the attached Financial Affidavit.)

## PREVIOUS EFFORTS TO RETAIN AN ATTORNEY

Describe briefly the efforts you have already made to retain an attorney. Indicate as accurately as possible how many attorneys you have contacted, and over what period of time. You need not identify the specific attorneys, and should not indicate the reasons they declined to represent you.

I attmepted to obtain an attorney to no avail. I sought pro bono legal counsel in Boston, MA, during my removal and activity but I was told that it would be a conflict of interest. Also, I was told that it is difficult to get legal help when the Defendant is the .S. military. At this time, as a single father of three teenagers, I can not afford legal counsel to help me.

## MERITS OF CLAIM

Has the Equal Employment Opportunity Commission, the Washington State Human Rights Commission, or other state or federal agency officially determined whether there is reasonable cause to believe that the allegations of your complaint are true? es . If so, please identify the agency which made the finding, and the conclusion the agency reached. During my hearing with the MSPB, Defendant fabricated knowing about my activity. The AJ needed proof I didint have the proof at the time, but now I have the proof.

If there has been no such finding in your favor by a government agency, you may attach a brief statement showing why your claim has merit. Do not include exhibits or other evidence. Your statement is incorporated in this application and is subscribed under oath.

## AUTHORIZATION FOR RELEASE OF INFORMATION TO MEMBERS OF THE CIVIL RIGHTS CASE SCREENING COMMITTEE

I hereby authorize the Equal Employment Opportunity Commission and the Washington State Human Rights Commission to furnish to members of the Federal civil Rights Case screening Committee and to any attorney subsequently selected by the Court to represent me with a copy of the files maintained by them in connection with my complaint of discrimination.

# AFFIDAVIT OF SERVICE

The following is a list of all other parties, and their respective attorneys, who have appeared or answered in this action.

| PARTY | ATTORNEY |
|---|---|
| | |
| | |
| | |

I have directed a copy of this entire Application, by mail or by personal service, to the attorney for each such party.

I, Dion Quinn, plaintiff in this action, swear that I have read this entire Application, including any attachments, and the Complaint. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information is true and correct.

Executed on this 6 day of May, 2023.

Dion Quinn

Signature of Plaintiff

Plaintiff's Name, Address and Telephone:

Dion Quinn

10121 vergreen ay 25 539

verett A. 9 204