## Jesse Curry

| | |
|---|---|
| **From:** | d q <djq360@hotmail.com> |
| **Sent:** | Saturday, May 6, 2023 9:06 PM |
| **To:** | WAWDdb_NewCasesSea |
| **Subject:** | Fwd: Complaint |
| **Attachments:** | ProSe7Complaint-EmploymentDiscrimination_dq.pdf |
| **Categories:** | JESSE |

**CAUTION - EXTERNAL:**

Greetings,

Please see the attachment.

Thank you very much,
Dion Quinn
Sent from my T-Mobile 4G LTE Device
Get Outlook for Android

---

**From:** d q <djq360@hotmail.com>
**Sent:** Saturday, May 6, 2023 8:34:55 PM
**To:** d q <djq360@hotmail.com>
**Subject:** Complaint

Sent from Mail for Windows

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.