UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DION QUINN, | CASE NO. C23-0665JLR |
| Plaintiff, | ORDER |
| v. | |
| LLOYD J. AUSTIN, III, | |
| Defendant. | |

Before the court is *pro se* Plaintiff Dion Quinn's motion for appointment of counsel.  (Mot. (Dkt. # 7).)  On June 27, 2023, pursuant to this District's plan for court-appointed representation, the court concluded that Mr. Quinn had demonstrated an adequate basis to refer his case to the Pro Bono Screening Committee.  (*See* 6/27/23 Order (Dkt. # 8) (citing General Order No. 16-20, Section 3 (Dec. 8, 2020)); 7/26/23 Order (Dkt. # 9) (granting the Screening Committee's request for an extension of time to review the case).)  The Screening Committee recommended that the court should not assign pro bono counsel in this matter.

ORDER - 1

1    There is no constitutional right to counsel in a civil case. *Adir Int'l, LLC v. Starr*

2    *Indem. & Liab. Co.*, 994 F.3d 1032, 1038-39 (9th Cir. 2021); *United States ex rel.*

3    *Gardner v. Madden*, 352 F.2d 792, 793 (9th Cir. 1965) (stating that the appointment of

4    counsel for a *pro se* litigant in a civil case "is a privilege and not a right"). Without the

5    Screening Committee's recommendation to appoint counsel pursuant to this District's

6    plan for court-appointed representation of civil rights litigants, the court declines to do so.

7    *See also Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 298 (1989) (noting the court lacks

8    authority to compel counsel to provide representation in a civil case). Accordingly, the

9    court DENIES Mr. Quinn's motion (Dkt. # 7).

10    The court emphasizes that Mr. Quinn is now responsible for pursuing this case

11    without the assistance of counsel. Materials to assist *pro se* litigants are available on the

12    United States District Court for the Western District of Washington's website. Although

13    the court can afford some leeway to a *pro se* litigant, Mr. Quinn is responsible for

14    complying with case deadlines, the Federal Rules of Civil Procedure, and the Western

15    District of Washington's Local Rules, which can also be found on the Western District of

16    Washington's website.

17    Dated this 16th day of August, 2023.

JAMES L. ROBART
United States District Judge